IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MACIEL MUNOZ,

               Petitioner,

      v.

DAVID PEDRO,

               Respondent.

Case No. 2:24-cv-01646-SB

**ORDER OF DISMISSAL**

**BECKERMAN, U.S. Magistrate Judge.**

The Court GRANTS the parties' Joint Motion to Lift Stay and Dismiss (ECF No. 12) filed on March 31, 2026, and ORDERS that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED this 1st day of April, 2026.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL